UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


MICHAELA R. BOYD                    )
                                    )
v.                                  )          No. 3:05-0023
                                    )          JUDGE CAMPBELL
MEDICAL DISPOSAL, INC., et al.      )


ORDER

Pending before the Court is Defendant Medical Disposal, Inc.'s Motion To Dismiss

And/Or For Summary Judgment (Docket No. 43).  For the reasons set forth in the accompanying

Memorandum, Defendant's Motion is GRANTED, and this case is DISMISSED.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE